**2010–0344.   State v. Jones.**
Summit C.P. No. CR 07 04 1294. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Summit County. It appears from the records of this court that appellant has not filed a merit brief, due October 20, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1800.   Delaney v. Levin.**
Board of Tax Appeals, No. 2010–K–719.

## CASE ANNOUNCEMENTS

*November 15, 2010*

[Cite as *11/15/2010 Case Announcements #2*, 2010-Ohio-5534.]

## MOTION AND PROCEDURAL RULINGS

**2010–1963.   State ex rel. Murray v. Scioto Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus/prohibition involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that the parties shall comply with the following schedule: respondents' answer is due Thursday, November 18; relator's brief and evidence are due Tuesday, November 23; respondents' brief and evidence are due Monday, November 29; and relator's reply brief is due Tuesday, November 30.

The parties shall serve all documents filed in this case by personal service, facsimile transmission, or e-mail on the date of the filing. The Clerk's office shall refuse to file any requests for extension of time in this case.

PFEIFER, Acting C.J.

## CASE ANNOUNCEMENTS

*November 16, 2010*

[Cite as *11/16/2010 Case Announcements*, 2010-Ohio-5535.]